## LAMAR MACK GRIFFITH v. THE STATE.

No. 19892.   Delivered June 22, 1938.

The opinion states the case.

*R. Temple Dickson,* of Sweetwater, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful sale of whisky in a dry area; penalty assessed at a fine of $100.00.

No judgment of conviction is brought forward. It appears that notice of appeal was filed but there is no showing that such notice was carried into the minutes of the court. Again, it appears that a recognizance was filed but there is nothing to show that it was ever recorded in the minutes of the court.

The foregoing defects require a dismissal of the appeal, which is accordingly ordered.